# United States Court of Appeals
## For the First Circuit

Nos. 22-1635
     22-1658

AYNE DOANE, as Guardian Ad Litem for MLD; STATE OF ME DEPARTMENT OF HEALTH AND HUMAN SERVICES, as legal guardian, through its Office of Child and Family Services, Todd A. Landry, Director,

Plaintiffs - Appellants/Cross-Appellees,

KC, as foster parent and educational surrogate of MLD,

Plaintiff,

v.

REGIONAL SCHOOL UNIT NO 73,

Defendant - Appellee/Cross-Appellant.

**JUDGMENT**

Entered: December 6, 2022
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of stipulation, it is hereby ordered that these appeals be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1).

    Mandate to issue forthwith.

                                By the Court:

                                Maria R. Hamilton, Clerk

cc:
Benjamin Young Jones
Atlee Reilly
Eric R. Herlan
Jeana McCormick
Rachel W. Sears