UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **M.L.D.**, a minor, by and through **Wayne Doane, Esq.** as Guardian ad Litem for M.L.D., and **Maine Department of Health and Human Services**, as legal guardian, through its Office of Child and Family Services, Todd A. Landry, Director,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>**Regional School Unit No. 73**,<br><br>Defendant/Counterclaim Plaintiff. | Civil No. 2:21-cv-00046-LEW |

## JOINT STIPULATION OF DISMISSAL

Plaintiff/Counterclaim Defendant M.L.D. and Defendant/Counterclaim Plaintiff RSU 73 file this joint stipulation of dismissal pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii).  The Parties participated in a judicial settlement conference and reached an agreement to resolve this matter in its entirety.  The Parties have finalized that agreement and now jointly stipulate to the dismissal of this matter, with prejudice and without costs.


Dated: <u>March 16, 2023</u>                    /s/ Atlee M. Reilly
                                                Atlee M. Reilly, Maine Bar #5159
                                                areilly@drme.org
                                                Benjamin Y. Jones, Maine Bar #5240
                                                bjones@drme.org
                                                *Attorneys for Plaintiff/Counterclaim Defendant*

1

                                    **DISABILITY RIGHTS MAINE**
160 Capitol Street, Suite 4
Augusta, ME 04330
207.626.2774
207.621.1419 (fax)

Dated: <u>March 16, 2023</u>          <u>/s/ Eric R. Herlan, Esq.</u>
Eric R. Herlan
erherlan@dwmlaw.com
*Attorney for Defendant/Counterclaim Plaintiff*

**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, ME 04101-2480
Tel. (207) 772-1941

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, I electronically filed the within Joint Stipulation of Dismissal with the Clerk of the Court of the United States District Court, District of Maine using the CM/ECF system, which will send notification to all involved parties in the case.

Dated:  March 16, 2023

/s/ Benjamin Y. Jones
Benjamin Y. Jones, Maine Bar #5240
bjones@drme.org
**DISABILITY RIGHTS MAINE**
160 Capitol Street, Suite 4
Augusta, ME 04330
207.626.2774 ext. 220
207.621.1419 (fax)